Shearing, C. J.,
concurring:
I agree that these three cases must be remanded. On remand, the juvenile judge must use the standard stated in the majority opinion to determine whether these three juveniles should be certified to adult court. I write separately, however, to note that the certification statute, NRS 62.080, as amended in 1995, may require a change in approach to certification hearings. Under the original NRS 62.080, certification was solely within the discretion of the juvenile judge; the determination of whether there was probable cause was often pro forma and could be made simultaneously with the determination of whether the juvenile should be certified to adult criminal court. Under the amended NRS 62.080, the determination of probable cause is crucial, because certification may be mandated if the juvenile judge finds probable cause. It is now incumbent upon the attorneys and judge to focus *1424 first on the determination of probable cause. This finding alone may determine the outcome.